# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

m 99-20879

---

HANS HEINRICH TITTUS,
INDIVIDUALLY AND AS AGENT FOR AND ON BEHALF OF
THE INVESTORS OF BLUELAKE WORLD, S.A.,

Plaintiff-Appellant,

VERSUS

NATIONSBANK OF TEXAS, N.A.,
AND
NATIONSSECURITIES,

Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-2687)

---

July 14, 2000

Before JOLLY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

We have reviewed the briefs and applicable portions of the record and have heard the arguments of counsel. We conclude that the district court was correct in entering summary judgment on all tort and contract claims asserted. The judgment, accordingly, is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited (continued...)

[*](...continued)
circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.